UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

*Plaintiff,*

vs. Case No. 25-cr-32-jdp

JONATHAN E. CONLEY,

*Defendant*.

---

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jonathan E. Conley, the defendant in the above-captioned matter, is represented by:

Guy Cardamone
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Telephone: [608] 260-9900
Facsimile: [608] 260-9901

Dated at Madison, Wisconsin, this 25th day of June, 2025.

Respectfully submitted,
Jonathan E. Conley, Defendant

*/s/ Guy Cardamone*
Guy Cardamone

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Guy_cardamone@fd.org