IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES of AMERICA,

Plaintiff,

v.

JONATHAN E. CONLEY,

Defendant.

OPINION and ORDER

25-cr-32-jdp

---

The court held an ex parte hearing on August 13, 2025, to consider AFD Jonathan Greenberg's motion to withdraw. Dkt. 31. Defendant Jonathan E. Conley appeared in person, as did Attorney Greenberg. For the reasons discussed, the court found an irreconcilable conflict that required Attorney Greenberg's withdrawal from the case and GRANTED the motion.

The court appoints Attorney Murali Jasti of Jasti, Zehawi & Johnson, LLC to represent defendant Conley in this case. The clerk of court is directed to remove Attorney Greenberg from the docket and add Attorney Jasti. The court has provided Attorney Jasti defendant Conley's preferred contact information. He is presently out of the office but will return next week.

The court ORDERS Attorney Greenberg and the Federal Defender Services not to speak with Attorney Jasti about this case, and vice versa, except the Federal Defender Services must send Attorney Jasti the discovery produced by the government and the results of any investigation conducted by the defense, excluding notes and other work product.

Once Attorney Jasti has had an opportunity to review the discovery and meet with defendant Conley, the court will hold a status conference to discuss next steps and the overall case schedule. At this juncture, it appears likely that the trial date will need to be moved, but

the court will hear from both sides before resetting any deadlines. To ensure Attorney Jasti has an opportunity to weigh in on the topic of pretrial motions, I will not rule on the pending motion to suppress until after the status conference.

Entered August 13, 2025.

BY THE COURT:

/s/

ANITA MARIE BOOR
Magistrate Judge