No. 26-2954

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

vs.

JONATHAN CONLEY,

*Defendant-Appellant*.

**MOTION TO WITHDRAW**

Jonathan Conley, by counsel and pursuant to Circuit Rule 46.1(c)(1), moves the Court to enter an order allowing counsel to withdraw from the case. Mr. Conley will hire private counsel to handle his direct appeal. Although Mr. Conley was previously found by the district court to be eligible for representation under the Criminal Justice Act, he does not desire the appointment of counsel to assist him with this appeal.

Dated this 28th day of September, 2026, in Madison, Wisconsin.

Respectfully submitted,

Jonathan Conley, *Defendant-Appellant*

*/s/ Murali Jasti*

Murali Jasti
Jasti, Zehawi & Johnson, LLC
122 W. WASHINGTON AVE., SUITE 600
Madison, Wisconsin 53703
murali@jzjlawyers.com